Ian Lamonte CORMIER, Plaintiff–Appellant,

v.

**PEOPLE OF the STATE OF CALIFORNIA;  et al., Defendants–Appellees.**

No. 00–55623.

D.C. No. CV–00–249–MJL.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 13, 2001.*

Decided Aug. 29, 2001.

* Because we unanimously find this case suitable for decision without oral argument, we deny McCoy's request for oral argument.  *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as may be provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument.  *See* Fed. R.App. P. 34(a)(2).

Before HAWKINS, TASHIMA, and GOULD, Circuit Judges.

## MEMORANDUM **

Ian LaMonte Cormier, a California state prisoner, appeals pro se the district court's judgment dismissing without prejudice his 42 U.S.C. § 1983 action alleging that police officers, a state court judge, a county prosecutor, and Cormier's trial and appellate counsel collectively denied him a fair trial in 1986. We have jurisdiction under 28 U.S.C. § 1291. We review de novo dismissals pursuant to the screening provi-

** This disposition is not appropriate for publication and may not be cited to or by the

sions of the Prison Litigation Reform Act, 28 U.S.C. §§ 1915(e)(2)(B) and 1915A. *See Barren v. Harrington,* 152 F.3d 1193, 1194 (9th Cir.1998) (order). We affirm.

Because a judgment in Cormier's favor would necessarily imply the invalidity of his conviction, and he did not allege that his conviction has already been invalidated, this action is barred by *Heck v. Humphrey,* 512 U.S. 477, 486–87, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994).

**AFFIRMED.**